1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

INSTITUTE FOR WILDLIFE PROTECTION,
et al.,

                Plaintiff(s),

    v.

GALE NORTON,

                Defendant(s).

NO. C03-1251P

MINUTE ORDER

      The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

      The Court is in receipt of the Memorandum Opinion of the United States Court of Appeals for the Ninth Circuit (No. 04-35912), ruling on Plaintiffs' appeal from the Court's grant of summary judgment in favor of Defendants.  In that opinion, the Ninth Circuit reversed the grant of summary judgment and remanded the matter to the Fish and Wildlife Service for reconsideration of its 90-Day Finding on a Petition to List the Western Sage Grouse.

      It appearing that the ruling by the Ninth Circuit has substantially accomplished the relief Plaintiffs requested in filing the above-entitled action, the Court is inclined to dismiss the case.  The parties will be given 15 days from the date of this minute order to show cause why the case should not be dismissed.

MINUTE ORDER

1   Filed this 7th day of March, 2006.

2                                                    BRUCE RIFKIN, Clerk

3
                                                     By       /s Mary Duett
4                                                             Deputy Clerk

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26   MINUTE ORDER