1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

INSTITUTE FOR WILDLIFE PROTECTION,
et al.,

          Plaintiffs,

        v.

GALE NORTON, et al.,

          Defendants.

Case No. C03-1251P

TAXATION OF COSTS

Costs in the above-entitled action are hereby taxed against DEFENDANTS and on behalf of PLAINTIFFS in the amount of $1,302.10.

Dated this _____24th_____ day of APRIL, 2006 .

Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 1