1

2

3

4                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
5                                     AT SEATTLE

6   INSTITUTE FOR WILDLIFE PROTECTION,

7                           Plaintiff(s),

8          v.                                          NO. C03-1251P

9   NORTON,                                            MINUTE ORDER

10                          Defendant(s).

11

12

13          The following minute order is made by the direction of the court, the Honorable Marsha J.

14   Pechman:

15          The Court has received and reviewed the Government's Motion to Stay re: Motion for

16   Attorney Fees [Dkt. No. 59].  The Court notes that Plaintiff's motion was filed on May 2, 2006, yet

17   the Government chose to note their motion to stay for the day on which the underlying motion became

18   ripe for consideration, over three weeks later.

19          The motion to stay is DENIED.  The Government has three business days to file a response to

20   Plaintiff's motion for attorney fees.

21

22          Filed this 25th day of May, 2006.

23                                                     BRUCE RIFKIN, Clerk

24                                               By       /s Mary Duett
                                                         Deputy Clerk
25

26   MINUTE ORDER