Hon. M. J. Pechman

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **INSTITUTE FOR WILDLIFE PROTECTION, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**KEMPTHORNE, et al.**<br><br>Defendants. | Civil No.  CV03-1251P<br><br>ORDER GRANTING PLAINTIFFS' MOTION FOR FEES |

The above entitled Court having received and reviewed the Parties' briefing regarding attorneys fees, IT IS HEREBY ORDERED that Plaintiffs' motion for costs of litigation, including attorneys fees, is GRANTED, and

1. Defendants are to ensure that Plaintiffs are paid the total of $75,204.22, and are to tender all documents required for such payment to the Treasury within 10 days from the date of this Order.

2.  Once the documents are tendered, Defendants are ordered to provide Plaintiffs with weekly confirmation of their efforts to secure prompt payment of Plaintiffs' fees and costs.

3.  If Plaintiffs have not received payment of the amount ordered within 60 days of the date of this Order, they are granted leave by the Court to file an order to show cause why Defendants should not be held in contempt.

DATED July 25th, 2006,

/s Marsha J. Pechman
HONORABLE M. J. PECHMAN
UNITED STATES DISTRICT JUDGE

Presented by:

//s//  Don Webb

DON WEBB, Oregon Bar No. 97429
Institute for Wildlife Protection
2630 Elinor St.
Eugene, OR  97403
(541) 434-6630 (voice)
(541) 434-6702 (facsimile)
Lead Counsel, Attorney for Plaintiffs
Institute for Wildlife Protection and
Dr. Herman

//s//  Michael C. Subit

MICHAEL C. SUBIT, Wash. Bar No. 29189
Frank Freed Subit & Thomas, LLP
1200 Hoge Building 705 Second Ave.
Seattle, WA  98104-1729
(206) 682-6711 (voice)
(206) 682-0401 (facsimile)
Local Counsel, Attorney for Plaintiffs
Institute for Wildlife Protection and Dr.
Herman